# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LOREE M. MARCHESE**, | : |
|            Plaintiff, | : |
| | : |
|     v. | :    Civil No. 5:24-cv-02114-JMG |
| | : |
| **21ST CENTURY CYBER CHARTER SCHOOL**, *et al.*, | : |
| | : |
|            Defendants. | : |

**AND NOW**, this 13th day of November, 2024, upon consideration of Plaintiff's Memorandum of Law in Support of the Court Exercising of Supplemental Jurisdiction (ECF No. 15) and Defendants' Memorandum of Law in Opposition to the Court Exercising Supplemental Jurisdiction (ECF No. 14), **IT IS HEREBY ORDERED** that Count IV of Plaintiff's Complaint IV (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**. The rest of Plaintiff's claims **REMAIN.**

                                      BY THE COURT:

                                      */s/ John M. Gallagher*
                                      JOHN M. GALLAGHER
                                      United States District Court Judge